IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FRED MIFFLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-005-A |
| | § | |
| RS CLARK & ASSOCIATES, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

Consistent with the order signed by the court on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Fred Mifflin, against defendant, RS Clark & Associates, be, and are hereby, dismissed with prejudice.

SIGNED April 7, 2014.

_____
JOHN McBRYDE
United States District Judge